# EXHIBIT A

# Plaintiff's Complaint

# EXHIBIT A

Electronically Filed
9/22/2020 9:02 AM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

CASE NO: A-20-821615-C
Department 27

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

TERRI MOORE, an individual, )
                              )   CASE NO.:
        Plaintiff,            )   DEPT NO.:
                              )
vs.                           )
                              )
BJ'S RESTAURANT, OPERATIONS   )
COMPANY, ROES 1-X,            )
and DOE CORPORATIONS I-X, inclusive )
                              )
        Defendants.           )
_____)

**COMPLAINT**

COMES NOW, Plaintiff, TERRI MOORE, by and through her attorneys, STOVALL & ASSOCIATES, and for his complaint the Defendants, and each of them, alleges and state as follows:

I.

That plaintiff, TERRI MOORE is, and at all times mentioned herein was, a resident of Las Vegas, Nevada.

II.

1

The defendant, BJ'S RESTAURANT, OPERATIONS COMPANY. is, and at all times mentioned herein was, a domestic nonprofit corporation duly authorized and licensed to do business in the state of Nevada.

III.

That the identities and the capacities of the defendants designated herein as DOES I-X or ROE CORPORATIONS I-X, including, but not limited to, individuals, or entities who created or were responsible for the hazardous condition referred to in this complaint, and whose negligence cause plaintiff's fall on September 8, 2018 at the BJ's Restaurant Inc., located at 2888 Evergold Dr., Henderson, Nevada 89047 are presently unknown to plaintiff at this time, who therefore, sues said defendants by such fictitious names and when their true names and capacities are ascertained, plaintiff will amend her complaint accordingly to insert the same herein.

IV.

That at all times mentioned herein, the named defendants, including, but not limited to DOES I-X or ROE CORPORATIONS I-X, were agents, servants, employees or joint ventures of every other defendant named herein, ant at all times mentioned herein were acting within the scope and course of said agency, employment or joint venture with knowledge and permission and consent of all other named defendants whose negligence cause plaintiff's fall on September 8, 2018 at the BJ's Restaurant, located at 2888 Evergold Dr., Henderson, Nevada 89047.

V.

That on September 8, 2019 plaintiff, TERRI MOORE, slipped on a wet substance and fell on the floor while walking to the women's restroom at the BJ'S RESTAURANT, located on 2888 Evergold Dr., Henderson, Nevada 89047 causing her to suffer severe bodily injuries.

VI.

2

That the defendants negligently maintained the premises in an unsafe condition to wit: 1) left the wet floor unattended; and 2) failed to give notice of the wet substance on the floor.

VII.

That the defendants knew or should have known that leaving a wet substance on the floor and failing to give notice to that dangerous condition created a hazard to customers walking to the restroom of defendant's restaurant.

VIII.

That as direct and proximate result of the aforementioned negligence of the defendants, plaintiff TERRI MOORE, sustained injuries to her body and limbs, organs and systems, severe pain and suffering some or all of which conditions may be permanent and disabling, all to his damages in a sum in excess of $ 50,000.

IX.

That as a direct and proximate result of the aforementioned acts of the defendant, plaintiff suffered severe emotional injury, anguish and pain and suffering, all to the plaintiff's damages in a sum in excess of $ 50,000.

X.

That as a direct and proximate result of the aforementioned acts of the defendant, plaintiff TERRI MOORE, did receive past medical and other treatment for her injuries and said services, care and treatment and continuing and shall continue in the future, all to her damage in a sum in excess of $ 50,000.

XI.

That the injuries complained of herein, diminish the plaintiff's ability and capacity to engage in activities to the same extent as prior to the accident, which is the subject of this complaint, all to the plaintiff's damages in a sum in excess of $ 50,000.

XII.

That plaintiff, TERRI MOORE, has been required to engage the services of an attorney incurring attorney fees and cost to bring this action and is entitled to attorney's fees and costs.

WHEREFORE, plaintiff, expressly reserving his right to amend this Complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment against the defendants, and each of them as follows:

1. For general damages and compensatory damages sustained by plaintiff in an amount in excess of $ 50,000;

2. For Special damages sustained by plaintiff in an amount in excess of $ 50,000;

3. For costs of medical care, treatment and other expenses incurred once they are fully ascertained;

4. For loss of enjoyment of life when same has been full ascertained;

5. For reasonable attorney's fees and costs of suit incurred herein according to proof;

6. For interest at the statutory rate.

DATED 24 day of September 2020

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

4