LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI MOORE, an individual, | ) |
| | ) CASE NO.: 2:20-cv-01965-ART-DJA |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BJ'S RESTAURANT, OPERATIONS | ) |
| COMPANY, ROES 1-X, | ) |
| and DOE CORPORATIONS I-X, inclusive | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION TO EXTEND THE TIME TO EXTEND FOR PLAINTIFF TO FILE AN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

### (First Request)

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff, TERRI MOORE, by and through her attorney LESLIE MARK STOVALL, ESQ. of STOVALL & ASSOCIATES and defendant, BJ'S RESTAURANT, by through its attorney JACQUELYN FRANCO, ESQ. of BACKUS, CARRANZA & BURDEN that the plaintiff's opposition to defendant's motion for summary judgement currently due on June 7, 2022 be extended to June 21, 2022. Plaintiff's counsel has not been able complete the opposition due to plaintiff's counsel being scheduled for a vacation from May 27, 2022 to June 6, 2022.

///

1

*Moore v. Bj's Restaurant*
*Case No. 2:20-cv-01965-JAD-DJA*
*Stipulation to Extend Time*

DATED this 27th day of May, 2022.                    DATED this 27th day of May, 2022.

STOVALL & ASSOCIATES                                 BACKUS, CARRANZA & BURDEN.


/s/ Leslie Stovall                                   /s/ Jacquelyn Franco
_____                      _____
LESLIE MARK STOVALL, ESQ.                            JACK P. BURDEN, ESQ.
Nevada Bar No. 2566                                  Nevada Bar No. 6918
2301 Palomino Lane                                   JACQUELYN FRANCO, ESQ.
Las Vegas, Nevada 8917                               Nevada Bar No. 13484
*Attorney for Plaintiff*                             3050 South Durango Drive
                                                     Las Vegas, Nevada 89117
                                                     *Attorneys for Defendant*


**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: May 27, 2022

2