SAO
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI MOORE, an individual, | ) |
| | ) CASE NO.: 2:20-cv-01965-JAD-DJA |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BJ'S RESTAURANT, OPERATIONS COMPANY, ROES 1-X, and DOE CORPORATIONS I-X, inclusive | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND THE TIME TO REPOND TO MOTION TO STRIKE**

**INADMISSABLE EVIDENCE**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff, TERRI MOORE, by and through her attorney LESLIE MARK STOVALL, ESQ. of STOVALL & ASSOCIATES and defendant, BJ'S RESTAURANT, by through its attorney JACQUELYN FRANCO, ESQ. of BACKUS, CARRANZA & BURDEN that the plaintiff's response to defendant's motion to strike inadmissible evidence currently due on July 19, 2022 be extended to July 22, 2022. Plaintiff's counsel has not been able complete the opposition due to an outstanding law and motions that required responses in a number of other cases during the same period of time and

1

*Moore v. Bj's Restaurant*
Case No. 2:20-cv-01965-JAD-DJA
*Stipulation to Extend Time*

the absence of other staff and attorneys in plaintiff's counsel's office to assist in completing the oppositions in this case.

DATED this 20th day of July, 2022.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 8917
*Attorney for Plaintiff*

DATED this 20th day of July, 2022.

BACKUS, CARRANZA & BURDEN.

/s/ Jacquelyn Franco
_____
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: July 29, 2022



Belin Zeleke <belin@lesstovall.com>

## moore v. bj - motion to strike

**Jacquelyn Franco** <jacquelynfranco@backuslaw.com>                    Wed, Jul 20, 2022 at 4:35 PM
To: Belin Zeleke <belin@lesstovall.com>, Les Stovall <les@lesstovall.com>
Cc: Jack Burden <jackburden@backuslaw.com>, Anne Raymundo <anneraymundo@backuslaw.com>

You have permission to affix my e-signature. Thank you.


*Jacquelyn Franco, Esq.*

BACKUS, CARRANZA & BURDEN

3050 South Durango Drive

Las Vegas, Nevada 89117

(702) 872-5555

(702) 872-5545 (*f*)


www.backuslaw.com


**Confidential and privileged email**:  This email may contain confidential and privileged information for the sole use of the intended recipient(s).  Any review, use, distribution, or disclosure by others is strictly prohibited.  If you are not the intended recipient, please contact BACKUS, CARRANZA & BURDEN and delete all copies of this email.

[Quoted text hidden]