1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Jacquelyn Franco, Esq.
   Nevada State Bar No. 13484
3  **BACKUS | BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
5  (702) 872-5555
   (702) 872-5545
6  jburden@backuslaw.com
7  Attorneys for Defendants
   BJS Restaurants Operations Company

8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRI MOORE, an individual,    ) | 2:20−cv−01965−JAD−DJA |
|                                ) | |
| Plaintiff,                     ) | |
|                                ) | **JOINT MOTION** |
| vs.                            ) | **FOR THE PARTIES TO APPEAR REMOTELY** |
|                                ) | **AT SETTLEMENT CONFERENCE** |
| BJ'S RESTAURANTS OPERATIONS    ) | **[AND ~~PROPOSED~~ ORDER]** |
| COMPANY; ROES I-X; and DOE     ) | |
| CORPORATIONS I-X; inclusive,   ) | |
|                                ) | |
| Defendants.                    ) | |
|                                ) | |

Defendant BJ'S RESTAURANTS OPERATIONS COMPANY and Plaintiff TERRI MOORE, hereby jointly request that they and their counsel be permitted to appear remotely at the Settlement Conference, scheduled for Friday, May 5 at 10:00am, via Zoom or other electronic means. Defendant's Corporate Representative Debbie Nichols, Senior Vice President, Risk Management for BJ's Restaurants, Inc. resides in California and Rick Barrett, Senior Claim Examiner for Broadspire Services, Inc. resides in Texas. In addition, Plaintiff's counsel Ross Moynihan is currently out of the state on a family matter and cannot travel back to Nevada to attend settlement conference in person.

. . . .

. . . .

. . . .

2:20−cv−01965−JAD−DJA

This Request is stipulated and agreed to by both parties.

| BACKUS | BURDEN | STOVALL & ASSOCIATES |
|---|---|

/s/ Jacquelyn Franco_____  
Jack P. Burden, Esq.  
Nevada Bar No. 6918  
Jacquelyn Franco, Esq.  
Nevada Bar No. 13484  
3050 S. Durango Dr.  
Las Vegas, NV 89117  
*Attorneys for Defendant*

/s/ Ross Moynihan_____  
Leslie Mark Stovall, Esq.  
Nevada Bar No. 2566  
Ross H. Moynihan, Esq.  
Nevada Bar No. 11848  
2301 Palomino Lane  
Las Vegas, NV 89107  
*Attorneys for Plaintiff*

### ORDER

Good cause appearing therein, the parties' joint motion [48] is **GRANTED**. IT IS HEREBY ORDERED that the settlement conference scheduled for Friday, May 5, 2023 at 10:00 a.m. will be conducted via Zoom video conference for ALL participants. Counsel must send the preferred email addresses for themselves and their respective participants to courtroom deputy Jerry Ries at Jerry_Ries@nvd.uscourts.gov by **Noon** on **Wednesday, May 3, 2023**.

The Court reminds the parties that although the conference is proceeding via videoconference, the same decorum expected at in-person hearings will be expected here. Specifically, the parties are expected to appear via video (not just via audio) and must not engage in any distracting behavior like driving, walking around, and completing other tasks. The Court may end the conference if the parties do not abide by this directive.

DATED this 28th day of April 2023.

_____  
DANIEL J. ALBREGTS  
UNITED STATES MAGISTRATE JUDGE