Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants
BJS Restaurants Operations Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI MOORE, an individual, | ) **2:20-cv-01965-ART-VCF** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE DEADLINE FOR PROPOSED** |
| vs. | ) **JOINT PRETRIAL ORDER FOR 30 DAYS** |
| | ) |
| BJ'S RESTAURANTS OPERATIONS COMPANY; ROES I-X; and DOE CORPORATIONS I-X; inclusive, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff TERR MOORE ("Plaintiff"), by and through her attorney of record, Leslie Stovall, Esq. and Ross Moynihan, Esq. of the law firm STOVALL & ASSOCIATES, and Defendant BJ'S RESTAURANTS OPEARTIONS COMPANY ("Defendant"), by and through its attorneys of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm of BACKUS | BURDEN, hereby stipulate and agree to an extension of the deadline to file Proposed Joint Pretrial Order by thirty (30) days.

The Proposed Joint Pretrial Order is currently due to the Court by June 5, 2023. The Parties attended a Judicial Settlement Conference on May 5, 2023, and have been in continued discussions regarding possible resolution of the case. The requested extension will allow the parties sufficient time to complete the discussions and/or prepare the Joint Pretrial Order.

Pursuant to LR IA 6-1(b), the Parties hereby aver that this is the first extension requested

as it relates to the Joint Pretrial Order. Moreover, pursuant to Local Rule 26-3, it is respectfully submitted the Parties' failure to request the instant extension prior to the filing deadline was the result of excusable neglect; specifically noting the failure to request the extension of was a mere oversight by the Parties. *Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a sixty (60) day extension will not impact a trial date because the same has not been scheduled; 3) the Parties are hopeful to attend a settlement conference within the requested extended period; and 4) the requested extension is made in good faith by both Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

As such, the Parties stipulate and agree to jointly ask the Court to extend the deadline to submit the Proposed Joint Pretrial Order by 30 days to July 5, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 5th day of June, 2023. | DATED this 5th day of June, 2023. |
| STOVALL & ASSOCIATES | BACKUS \| BURDEN |
| */s/ Ross Moynihan* <br> Leslie Stovall, Esq. <br> Nevada Bar No. 2566 <br> Ross Moynihan, Esq. <br> Nevada Bar No. 11848 <br> 2301 Palomino Lane <br> Las Vegas, Nevada 89107 <br> *Counsel for Plaintiff* | */s/ Jacquelyn Franco* <br> Jack P. Burden, Esq. <br> Nevada Bar No. 6918 <br> Jacquelyn Franco, Esq. <br> Nevada Bar No. 13484 <br> 3050 South Durango Drive <br> Las Vegas, Nevada 89117 <br> *Counsel for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that the Parties shall submit the Proposed Joint Pretrial Order by July 5, 2023.

IT IS SO ORDERED.

DATED: this  5th  day of  June , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2